# EXHIBIT A

| | |
|---|---|
| **From:** | portalm@zotec.com |
| **To:** | kel9255@gmail.com |
| **Subject:** | Payment Plan Established with Quest Diagnostics |
| **Date:** | Tuesday, October 12, 2021 2:58:17 PM |

# Payment Plan Established with Quest Diagnostics

Please do not reply directly to this email.

This is a system-generated message from an automated mailbox.

A payment plan was established on 10/12/2021 for account ▮▮▮▮▮QQUD1 in the amount of $78.11 per month. Your first payment is due 10/12/2021. The last 4 digits of the credit card used were 8095. If you need to make any changes to this payment plan contact us at 866-254-3859. The terms and conditions of this payment plan can be found at https://mydocbill.com/global/terms.
You can access your account online any time at: https://mydocbill.com/QUD1/

**\*\* This message was delivered encrypted by Zotec Partners, LLC. \*\***

**NOTE – Please follow your organization's HIPAA / HITECH data security policy prior to replying or forwarding the contents of this message.  Unless your organization has been specifically setup to encrypt all email with Zotec Partners, replies to this message will NOT be encrypted.  Please take all necessary precautions when sending confidential or protected health information electronically.**