# EXHIBIT B





download our app    TDD 1-800-347-7449    PO Box 6103
Carol Stream
IL 60197-6103

## Transactions

| TRANS. DATE | PAYMENTS AND CREDITS | | AMOUNT |
|---|---|---|---|

| TRANS. DATE | PURCHASES | MERCHANT CATEGORY | AMOUNT |
|---|---|---|---|
| 11/14 | QUEST DIAGNOSTICS 866-254-3859 PA OPT1-4870838-21285 | Medical Services | $78.11 |



**DISCOVER**

| ONLINE | PHONE | PAYMENTS |
|---|---|---|
| Discover.com or download our app | 1-800-347-2683<br>TDD 1-800-347-7449 | Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 |

## Transactions

| TRANS. DATE | PAYMENTS AND CREDITS | | AMOUNT |
|---|---|---|---|
| | ███████████████ | | |

| TRANS. DATE | PURCHASES | MERCHANT CATEGORY | AMOUNT |
|---|---|---|---|
| | ███████████████ | | |
| 12/14 | QUEST DIAGNOSTICS 866-254-3859 PA<br>OPT1-4870838-21285 | Medical Services | $78.11 |
| | ███████████████ | | |



**DISCOVER® MORE® CARD ENDING IN 8095**
KELLY L WALL

ONLINE
Discover.com or
download our app

PHONE
1-800-347-2683
TDD 1-800-347-7449

PAYMENTS
Discover
PO Box 6103
Carol Stream
IL 60197-6103

## Transactions

| TRANS. DATE | PAYMENTS AND CREDITS | | AMOUNT |
|---|---|---|---|

| TRANS. DATE | PURCHASES | MERCHANT CATEGORY | AMOUNT |
|---|---|---|---|
| 01/19 | QUEST DIAGNOSTICS 866-254-3859 PA OPT1-8769773-22018 | Medical Services | $78.11 |



**ONLINE**
Discover.com or
download our app

**PHONE**
1-800-347-2683
TDD 1-800-347-7449

**PAYMENTS**
Discover
PO Box 6103
Carol Stream
IL 60197-6103

## Transactions

| TRANS. DATE | PAYMENTS AND CREDITS | | AMOUNT |
|---|---|---|---|
| ■■■ | ■■■ | ■■■ | ■■■ |

| TRANS. DATE | PURCHASES | MERCHANT CATEGORY | AMOUNT |
|---|---|---|---|
| ■■■ | ■■■ | ■■■ | ■■■ |