# EXHIBIT C

# verizon

PO BOX 489
NEWARK, NJ 07101-0489

Billing period Feb 9, 2022 - Mar 8, 2022 | Account # ████0001 | Invoice # 8306283407

KEYLINE
KELLY WALL



Feb $162.34   Mar $162.34

## Your March bill is $162.34

It's due on Mar 31, 2022. You have Auto Pay scheduled for Mar 28, 2022.

Your March bill total is the same as last month's. You can see a full breakdown of all this month's charges on go.vzw.com/mybill

### Good to know

Check your online bill for all surcharges, taxes and gov fees

The total amount due for this month includes surcharges of $5.18 and taxes and gov fees of $4.66. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill.

| | |
|---|---|
| Account charges | $0.00 |
| Kelly Wall 321-408-0278 | $81.17 |
| Kelly Wall 321-408-2136 | $81.17 |
| | $162.34 |

### Balance forward from last bill

| | |
|---|---|
| Previous balance (through Feb 8) | $162.34 |
| Payment received - Thank you (Feb 28) | -$162.34 |
| Total balance forward | $0.00 |

1



Billing period Feb 9, 2022 to Mar 8, 2022 | Account # ████0001 | Invoice # 8306283407

# Kelly Wall
321.408.0278
IPHONE 12

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Feb 9 | 8:32 PM | 850.516.6260 | Davenport, FL | Pensacola, FL | 21 | – | – | – |
| Feb 9 | 10:33 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |
| Feb 10 | 10:19 AM | 321.624.5258 | Apopka, FL | Incoming, CL | 11 | – | – | – |
| Feb 10 | 10:31 AM | 321.408.2136 | Apopka, FL | Incoming, CL | 4 | – | – | – |
| Feb 10 | 4:28 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 1 | – | – | – |
| Feb 10 | 4:57 PM | 321.408.2136 | Clermont, FL | Incoming, CL | 3 | – | – | – |
| Feb 10 | 7:05 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 3 | – | – | – |
| Feb 10 | 8:50 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 22 | – | – | – |
| Feb 11 | 12:26 PM | 321.624.5258 | Apopka, FL | Incoming, CL | 19 | – | – | – |
| Feb 11 | 4:14 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 9 | – | – | – |
| Feb 11 | 6:05 PM | 321.408.2136 | Davenport, FL | Cocoa, FL | 2 | – | – | – |
| Feb 12 | 3:36 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 5 | – | – | – |
| Feb 12 | 9:04 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | – | – | – |
| Feb 13 | 4:36 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 1 | – | – | – |
| Feb 14 | 4:37 PM | 321.408.2136 | Kissimmee, FL | Cocoa, FL | 2 | – | – | – |
| Feb 14 | 5:58 PM | 321.408.2136 | Kissimmee, FL | Cocoa, FL | 1 | – | – | – |
| Feb 15 | 8:51 AM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 3 | – | – | – |
| Feb 15 | 9:10 AM | 321.408.2136 | Davenport, FL | Incoming, CL | 4 | – | – | – |
| Feb 15 | 4:30 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 3 | – | – | – |
| Feb 15 | 9:41 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 4 | – | – | – |
| Feb 16 | 8:44 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |
| Feb 16 | 8:45 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 13 | – | – | – |
| Feb 17 | 4:05 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | – | – | – |
| Feb 17 | 7:03 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |
| Feb 18 | 4:11 PM | 866.254.3859 | Apopka, FL | Toll-Free, CL | 7 | aunt | – | – |
| Feb 18 | 4:38 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 1 | – | – | – |
| Feb 20 | 9:32 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 11 | – | – | – |
| Feb 21 | 8:25 AM | 321.408.2136 | Davenport, FL | Cocoa, FL | 2 | – | – | – |
| Feb 21 | 8:27 AM | 321.408.2136 | Davenport, FL | Incoming, CL | 7 | – | – | – |
| Feb 21 | 5:57 PM | 407.699.1992 | WiFi CL | VM Deposit, CL | 2 | – | – | – |
| Feb 22 | 3:03 PM | 850.516.6294 | Apopka, FL | Pensacola, FL | 5 | – | – | – |
| Feb 22 | 3:10 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 4 | – | – | – |
| Feb 22 | 7:01 PM | 321.408.2136 | Davenport, FL | Cocoa, FL | 1 | – | – | – |
| Feb 22 | 7:22 PM | 321.408.2136 | Davenport, FL | Cocoa, FL | 1 | – | – | – |
| Feb 22 | 8:09 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |
| Feb 23 | 9:29 PM | 850.516.6294 | Palm Bay, FL | Incoming, CL | 8 | – | – | – |
| Feb 24 | 4:39 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 1 | – | – | – |
| Feb 24 | 4:56 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 2 | – | – | – |
| Feb 24 | 7:38 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 7 | – | – | – |
| Feb 25 | 8:31 AM | 863.255.6269 | Palm Bay, FL | Incoming, CL | 4 | – | – | – |
| Feb 25 | 3:05 PM | 863.255.6269 | Apopka, FL | Lakeland, FL | 2 | – | – | – |
| Feb 25 | 3:06 PM | 863.255.6269 | Apopka, FL | Incoming, CL | 3 | – | – | – |
| Feb 25 | 3:08 PM | 863.255.6269 | Apopka, FL | Incoming, CL | 15 | – | – | – |
| Feb 25 | 4:39 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 1 | – | – | – |

4

 Billing period Feb 9, 2022 to Mar 8, 2022 | Account #xxxx0001 | Invoice # 8306283407

# Kelly Wall
321.408.0278
IPHONE 12

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Feb 25 | 5:50 PM | 321.408.2136 | Clermont, FL | Incoming, CL | 1 | — | — | — |
| Feb 26 | 10:18 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 22 | — | — | — |
| Feb 27 | 7:29 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 4 | — | — | — |
| Feb 28 | 1:52 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 3 | — | — | — |
| Feb 28 | 1:57 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | — | — | — |
| Feb 28 | 2:02 PM | 321.939.1226 | WiFi CL | Celebratn, FL | 7 | — | — | — |
| Feb 28 | 4:50 PM | 321.939.1226 | WiFi CL | Celebratn, FL | 4 | — | — | — |
| Feb 28 | 6:21 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| Mar 1 | 1:24 PM | 321.408.2136 | Clermont, FL | Incoming, CL | 1 | — | — | — |
| Mar 1 | 6:06 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| Mar 1 | 6:08 PM | 321.677.0531 | WiFi CL | Wkissammee, FL | 2 | — | — | — |
| Mar 1 | 7:24 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 2 | — | — | — |
| Mar 1 | 7:27 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| Mar 1 | 11:34 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| Mar 2 | 7:33 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 7 | — | — | — |
| Mar 3 | 8:34 AM | 321.408.2136 | Davenport, FL | Cocoa, FL | 1 | — | — | — |
| Mar 3 | 8:36 AM | 321.408.2136 | Davenport, FL | Incoming, CL | 8 | — | — | — |
| Mar 3 | 1:35 PM | 863.294.6600 | Lake Wales, FL | Winter Hvn, FL | 2 | — | — | — |
| Mar 3 | 1:50 PM | 863.419.3300 | Lake Wales, FL | Hainescity, FL | 2 | — | — | — |
| Mar 3 | 1:52 PM | 863.419.3305 | Lake Wales, FL | Hainescity, FL | 1 | — | — | — |
| Mar 3 | 1:56 PM | 863.439.4785 | Winter Hav, FL | Hainescity, FL | 4 | — | — | — |
| Mar 3 | 2:01 PM | 321.408.2136 | Winter Hav, FL | Cocoa, FL | 2 | — | — | — |
| Mar 3 | 3:18 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 6 | — | — | — |
| Mar 3 | 7:33 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 6 | — | — | — |
| Mar 4 | 9:47 AM | 863.255.6269 | Apopka, FL | Incoming, CL | 2 | — | — | — |
| Mar 4 | 12:40 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 3 | — | — | — |
| Mar 4 | 5:19 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 2 | — | — | — |
| Mar 5 | 2:37 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 1 | — | — | — |
| Mar 5 | 2:52 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 4 | — | — | — |
| Mar 5 | 10:42 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | — | — | — |
| Mar 6 | 7:53 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 22 | — | — | — |
| Mar 7 | 5:37 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 4 | — | — | — |
| Mar 7 | 5:59 PM | 321.408.2136 | Winter Gar, FL | Incoming, CL | 1 | — | — | — |
| Mar 8 | 3:04 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 5 | — | — | — |
| Mar 8 | 4:20 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 1 | — | — | — |
| Mar 8 | 4:23 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 1 | — | — | — |
| Mar 8 | 4:36 PM | 321.408.2136 | Winter Gar, FL | Incoming, CL | 2 | — | — | — |



Billing period Mar 9, 2022 - Apr 8, 2022 | Account # ████0001 | Invoice # 8320054022

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE
KELLY WALL



$162.34   $162.26

Mar   Apr

Your April bill is $0.08 lower than last month's. You can see a full breakdown of all this month's charges on go.vzw.com/mybill

# Your April bill is $162.26

It's due on Apr 30, 2022. You have Auto Pay scheduled for Apr 28, 2022.

## Good to know

Check your online bill for all surcharges, taxes and gov fees

The total amount due for this month includes surcharges of **$5.12** and taxes and gov fees of **$4.64**. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill

| | |
|---|---|
| Account charges | $0.00 |
| Kelly Wall<br>321-408-0278 | $81.13 |
| Kelly Wall<br>321-408-2136 | $81.13 |
| | $162.26 |

### Balance forward from last bill

| | |
|---|---|
| Previous balance (through Mar 8) | $162.34 |
| Payment received - Thank you (Mar 28) | -$162.34 |
| Total balance forward | $0.00 |

1



**Billing period** Mar 9, 2022 to Apr 8, 2022 | Account # ███████0001 | Invoice # 8320054022

# Kelly Wall
321.408.0278
IPHONE 12

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 9 | 11:54 AM | 407.650.7988 | WiFi CL | Orlando, FL | 6 | – | – | – |
| Mar 9 | 12:02 PM | 407.567.4000 | WiFi CL | Orlando, FL | 1 | – | – | – |
| Mar 9 | 12:03 PM | 407.567.4000 | WiFi CL | Orlando, FL | 2 | – | – | – |
| Mar 9 | 12:05 PM | 407.567.4000 | WiFi CL | Orlando, FL | 2 | – | – | – |
| Mar 9 | 12:07 PM | 407.650.7988 | WiFi CL | Orlando, FL | 4 | – | – | – |
| Mar 9 | 12:11 PM | 407.567.4000 | Palm Bay, FL | Incoming, CL | 6 | – | – | – |
| Mar 9 | 12:58 PM | 850.939.0545 | Davenport, FL | Holleynvrr, FL | 1 | – | – | – |
| Mar 9 | 12:59 PM | 850.585.9770 | Davenport, FL | Ftwallnbch, FL | 7 | – | – | – |
| Mar 9 | 4:43 PM | 407.650.7988 | WiFi CL | Orlando, FL | 1 | – | – | – |
| Mar 9 | 4:48 PM | 407.650.7988 | Orlando, FL | Orlando, FL | 3 | – | – | – |
| Mar 9 | 6:08 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | – | – | – |
| Mar 9 | 6:56 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 2 | – | – | – |
| Mar 9 | 7:35 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | – | – | – |
| Mar 9 | 8:10 PM | 850.516.6294 | Palm Bay, FL | Incoming, CL | 3 | – | – | – |
| Mar 9 | 8:13 PM | 321.408.2136 | Orlando, FL | Incoming, CL | 4 | – | – | – |
| Mar 9 | 8:22 PM | 321.408.2136 | Orlando, FL | Incoming, CL | 1 | – | – | – |
| Mar 9 | 8:28 PM | 850.516.6294 | Orlando, FL | Pensacola, FL | 7 | – | – | – |
| Mar 9 | 8:45 PM | 321.408.2136 | Orlando, FL | Incoming, CL | 1 | – | – | – |
| Mar 9 | 8:50 PM | 321.408.2136 | Orlando, FL | Cocoa, FL | 23 | – | – | – |
| Mar 9 | 9:42 PM | 321.408.2136 | Orlando, FL | Cocoa, FL | 1 | – | – | – |
| Mar 9 | 9:43 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 1 | – | – | – |
| Mar 9 | 9:43 PM | 321.408.2136 | Orlando, FL | Incoming, CL | 3 | – | – | – |
| Mar 10 | 9:05 AM | 321.677.0531 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |
| Mar 10 | 9:40 AM | 321.408.2136 | Kissimmee, FL | Incoming, CL | 4 | – | – | – |
| Mar 10 | 9:44 AM | 321.408.2136 | Kissimmee, FL | Incoming, CL | 2 | – | – | – |
| Mar 10 | 1:23 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 14 | – | – | – |
| Mar 10 | 1:47 PM | 863.255.6269 | Apopka, FL | Incoming, CL | 3 | – | – | – |
| Mar 10 | 2:59 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 1 | – | – | – |
| Mar 10 | 3:00 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 2 | – | – | – |
| Mar 10 | 3:42 PM | 321.408.2136 | Kissimmee, FL | Incoming, CL | 1 | – | – | – |
| Mar 10 | 3:45 PM | 321.408.2136 | Kissimmee, FL | Incoming, CL | 1 | – | – | – |
| Mar 10 | 5:08 PM | 407.650.7988 | Kissimmee, FL | Incoming, CL | 1 | – | – | – |
| Mar 10 | 5:46 PM | 321.408.2136 | Kissimmee, FL | Incoming, CL | 5 | – | – | – |
| Mar 10 | 7:42 PM | 850.516.6294 | Palm Bay, FL | Incoming, CL | 11 | – | – | – |
| Mar 10 | 7:54 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 7 | – | – | – |
| Mar 11 | 8:41 AM | 407.650.7988 | WiFi CL | Orlando, FL | 4 | – | – | – |
| Mar 11 | 8:57 AM | 850.516.6294 | WiFi CL | Pensacola, FL | 9 | – | – | – |
| Mar 11 | 9:14 AM | 850.516.6294 | Palm Bay, FL | Incoming, CL | 2 | – | – | – |
| Mar 11 | 9:33 AM | 850.516.6294 | Palm Bay, FL | Incoming, CL | 3 | – | – | – |
| Mar 11 | 3:26 PM | 321.408.2136 | Kissimmee, FL | Cocoa, FL | 1 | – | – | – |
| Mar 11 | 4:55 PM | 850.516.6294 | Kissimmee, FL | Pensacola, FL | 4 | – | – | – |
| Mar 11 | 7:57 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 4 | – | – | – |
| Mar 12 | 3:37 PM | 321.408.2136 | Davenport, FL | Cocoa, FL | 2 | – | – | – |
| Mar 12 | 3:45 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 7 | – | – | – |

4

 Billing period Mar 9, 2022 to Apr 8, 2022 | Account # ██████ 0001 | Invoice # 8320054022

# Kelly Wall
321.408.0278
IPHONE 12

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 12 | 9:03 PM | 850.585.9770 | WiFi CL | Ftwaltnbch, FL | 7 | — | — | — |
| Mar 12 | 9:35 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 15 | — | — | — |
| Mar 13 | 11:09 AM | 850.516.6294 | WiFi CL | Pensacola, FL | 9 | — | — | — |
| Mar 13 | 2:40 PM | 850.516.6294 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| Mar 13 | 10:14 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| Mar 14 | 1:30 PM | 844.684.6333 | Apopka, FL | Toll-Free, CL | 18 FEMA | — | — | — |
| Mar 14 | 2:20 PM | 850.516.6294 | Apopka, FL | Pensacola, FL | 1 | — | — | — |
| Mar 14 | 2:28 PM | 850.516.6294 | Apopka, FL | Incoming, CL | 5 | — | — | — |
| Mar 14 | 4:44 PM | 251.275.7124 | Apopka, FL | Grove Hill, AL | 1 | — | — | — |
| Mar 14 | 4:44 PM | 251.275.7124 | Apopka, FL | Grove Hill, AL | 4 | — | — | — |
| Mar 14 | 4:54 PM | 251.947.1910 | Apopka, FL | Robertsdl, AL | 1 | — | — | — |
| Mar 14 | 6:11 PM | 850.516.6294 | Winter Gar, FL | Pensacola, FL | 2 | — | — | — |
| Mar 14 | 6:22 PM | 866.697.8378 | Winter Gar, FL | Toll-Free, CL | 31 Quest | — | — | — |
| Mar 14 | 6:25 PM | 850.516.6294 | Winter Gar, FL | Incoming, CL | 1 | — | — | — |
| Mar 14 | 7:38 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| Mar 14 | 7:38 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 4 | — | — | — |
| Mar 14 | 10:00 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 3 | — | — | — |
| Mar 15 | 10:34 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 5 | — | — | — |
| Mar 16 | 4:46 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 1 | — | — | — |
| Mar 16 | 4:57 PM | 321.408.2136 | Winter Gar, FL | Incoming, CL | 5 | — | — | — |
| Mar 16 | 9:16 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 6 | — | — | — |
| Mar 17 | 10:24 AM | 850.516.6294 | Palm Bay, FL | Incoming, CL | 2 | — | — | — |
| Mar 17 | 1:32 PM | 251.275.7124 | Apopka, FL | Grove Hill, AL | 1 | — | — | — |
| Mar 17 | 1:49 PM | 251.275.7124 | Apopka, FL | Grove Hill, AL | 3 | — | — | — |
| Mar 17 | 2:52 PM | 800.294.3496 | Apopka, FL | Toll-Free, CL | 4 | — | — | — |
| Mar 17 | 2:54 PM | 334.206.7962 | Apopka, FL | Incoming, CL | 3 | — | — | — |
| Mar 17 | 2:56 PM | 800.294.3496 | Apopka, FL | Toll-Free, CL | 1 | — | — | — |
| Mar 17 | 5:57 PM | 850.516.6294 | Winter Gar, FL | Incoming, CL | 1 | — | — | — |
| Mar 17 | 6:11 PM | 321.408.2136 | Kissimmee, FL | Incoming, CL | 2 | — | — | — |
| Mar 17 | 7:37 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 1 | — | — | — |
| Mar 17 | 7:39 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| Mar 18 | 2:12 PM | 407.809.2030 | Apopka, FL | Wkissimmee, FL | 3 | — | — | — |
| Mar 18 | 5:41 PM | 850.516.6294 | Groveland, FL | Pensacola, FL | 2 | — | — | — |
| Mar 18 | 5:57 PM | 850.516.6294 | Clermont, FL | Incoming, CL | 2 | — | — | — |
| Mar 18 | 7:01 PM | 843.455.8403 | Orlando, FL | Myrtle Bch, SC | 1 | — | — | — |
| Mar 18 | 10:43 PM | 321.408.2136 | Kissimmee, FL | Incoming, CL | 21 | — | — | — |
| Mar 19 | 6:19 PM | 407.396.2180 | Lake Wales, FL | Wkissimmee, FL | 2 | — | — | — |
| Mar 19 | 6:31 PM | 863.299.9555 | Lake Wales, FL | Winter Hvn, FL | 2 | — | — | — |
| Mar 19 | 7:40 PM | 850.516.6294 | Winter Hav, FL | Incoming, CL | 1 | — | — | — |
| Mar 19 | 10:33 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 9 | — | — | — |

5



Billing period Mar 9, 2022 to Apr 8, 2022 | Account # ███████ 0001 | Invoice # 8320054022

# Kelly Wall
321.408.0278
IPHONE 12

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 20 | 11:53 AM | 407.390.7844 | WiFi CL | Wkissimmee, FL | 1 | – | – | – |
| Mar 20 | 2:32 PM | 321.408.2136 | Davenport, FL | Cocoa, FL | 1 | – | – | – |
| Mar 21 | 4:53 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 1 | – | – | – |
| Mar 22 | 4:30 PM | 321.408.2136 | Haines Cit, FL | Cocoa, FL | 2 | – | – | – |
| Mar 23 | 12:21 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 4 | – | – | – |
| Mar 23 | 4:44 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 2 | – | – | – |
| Mar 23 | 4:45 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 6 | – | – | – |
| Mar 23 | 10:34 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 3 | – | – | – |
| Mar 24 | 12:46 PM | 850.516.6294 | Apopka, FL | Pensacola, FL | 4 | – | – | – |
| Mar 24 | 1:59 PM | 251.945.2400 | Apopka, FL | Incoming, CL | 9 | – | – | – |
| Mar 24 | 4:01 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 1 | – | – | – |
| Mar 24 | 4:08 PM | 321.408.2136 | Winter Gar, FL | Incoming, CL | 7 | – | – | – |
| Mar 25 | 3:02 PM | 321.408.2136 | Haines Cit, FL | Incoming, CL | 5 | – | – | – |
| Mar 25 | 3:06 PM | 850.516.6294 | Haines Cit, FL | Pensacola, FL | 1 | – | – | – |
| Mar 25 | 3:16 PM | 850.516.6294 | Haines Cit, FL | Incoming, CL | 1 | – | – | – |
| Mar 26 | 10:37 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 4 | – | – | – |
| Mar 28 | 4:11 PM | 844.684.6333 | Apopka, FL | Toll-Free, CL | 17 Equia | – | – | – |
| Mar 28 | 5:19 PM | 888.817.2613 | Apopka, FL | Toll-Free, CL | 1 | – | – | – |
| Mar 28 | 5:20 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 3 | – | – | – |
| Mar 28 | 5:31 PM | 866.697.8378 | Ocoee, FL | Toll-Free, CL | 15 Quest | – | – | – |
| Mar 28 | 7:55 PM | 317.564.6275 | Palm Bay, FL | Incoming, CL | 6 | Peggy Every from Quest | – | – |
| Mar 28 | 8:07 PM | 317.564.6275 | Palm Bay, FL | Incoming, CL | 3 | | – | – |
| Mar 28 | 8:33 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 2 | – | – | – |
| Mar 28 | 8:56 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 2 | – | – | – |
| Mar 29 | 9:28 AM | 386.627.4674 | Lake Wales, FL | Incoming, CL | 1 | – | – | – |
| Mar 29 | 12:14 PM | 386.627.4674 | Lake Wales, FL | Incoming, CL | 1 | – | – | – |
| Mar 29 | 4:08 PM | 321.408.2136 | Clermont, FL | Cocoa, FL | 2 | – | – | – |
| Mar 29 | 4:43 PM | 321.408.2136 | Davenport, FL | Cocoa, FL | 1 | – | – | – |
| Mar 29 | 4:47 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | – | – | – |
| Mar 30 | 10:24 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 21 | – | – | – |
| Mar 31 | 8:18 AM | 321.408.2136 | Kissimmee, FL | Incoming, CL | 6 | – | – | – |
| Mar 31 | 1:03 PM | 407.650.7988 | Apopka, FL | Incoming, CL | 2 | – | – | – |
| Mar 31 | 1:05 PM | 407.650.7988 | Apopka, FL | Incoming, CL | 1 | – | – | – |
| Mar 31 | 4:36 PM | 321.408.2136 | Oakland, FL | Cocoa, FL | 9 | – | – | – |
| Mar 31 | 7:32 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 4 | – | – | – |
| Apr 1 | 8:09 AM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |
| Apr 1 | 8:10 AM | 407.650.7988 | WiFi CL | Orlando, FL | 3 | – | – | – |
| Apr 1 | 8:20 AM | 321.408.2136 | WiFi CL | Cocoa, FL | 1 | – | – | – |
| Apr 2 | 2:20 PM | 863.401.2220 | Palm Bay, FL | Incoming, CL | 2 | – | – | – |
| Apr 3 | 11:46 AM | 321.677.0531 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |

6

 Billing period Mar 9, 2022 to Apr 8, 2022 | Account # ███████0001 | Invoice # 8320054022

## Kelly Wall
321.408.0278
IPHONE 12

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Apr 3 | 7:38 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 4 | – | – | – |
| Apr 3 | 10:57 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |
| Apr 4 | 8:53 AM | 850.516.6294 | Kissimmee, FL | Pensacola, FL | 6 | – | – | – |
| Apr 4 | 3:23 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 4 | – | – | – |
| Apr 4 | 4:01 PM | 321.408.2136 | Ocoee, FL | Cocoa, FL | 2 | – | – | – |
| Apr 5 | 8:26 AM | 321.408.2136 | Davenport, FL | Incoming, CL | 5 | – | – | – |
| Apr 5 | 8:31 AM | 321.408.2136 | Davenport, FL | Incoming, CL | 1 | – | – | – |
| Apr 5 | 9:50 AM | 407.896.8097 | Apopka, FL | Orlando, FL | 4 | – | – | – |
| Apr 5 | 12:44 PM | 407.896.8097 | Apopka, FL | Orlando, FL | 2 | – | – | – |
| Apr 5 | 5:16 PM | 321.408.2136 | Davenport, FL | Cocoa, FL | 1 | – | – | – |
| Apr 5 | 6:58 PM | 321.408.2136 | Davenport, FL | Cocoa, FL | 5 | – | – | – |
| Apr 5 | 7:13 PM | 850.516.6294 | Kissimmee, FL | Pensacola, FL | 7 | – | – | – |
| Apr 5 | 7:30 PM | 321.408.2136 | Kissimmee, FL | Incoming, CL | 3 | – | – | – |
| Apr 6 | 11:14 AM | 863.255.6269 | WiFi CL | Lakeland, FL | 2 | – | – | – |
| Apr 6 | 11:26 AM | 863.255.6269 | Palm Bay, FL | Incoming, CL | 4 | – | – | – |
| Apr 7 | 8:09 AM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 3 | – | – | – |
| Apr 7 | 1:37 PM | 850.939.0545 | Apopka, FL | Holleymvrr, FL | 1 | – | – | – |
| Apr 7 | 1:37 PM | 850.585.9770 | Apopka, FL | Ftwaltnbch, FL | 3 | – | – | – |
| Apr 7 | 1:39 PM | 850.516.6294 | Apopka, FL | Pensacola, FL | 1 | – | – | – |
| Apr 7 | 3:05 PM | 863.422.2995 | Apopka, FL | Hainescity, FL | 3 | – | – | – |
| Apr 7 | 4:12 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 5 | – | – | – |
| Apr 7 | 4:16 PM | 850.516.6294 | Winter Gar, FL | Pensacola, FL | 10 | – | – | – |
| Apr 7 | 7:57 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 11 | – | – | – |
| Apr 8 | 4:39 PM | 407.712.3704 | Palm Bay, FL | Incoming, CL | 56 | – | – | – |

## Kelly Wall
321.408.2136
IPHONE 12

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 9 | 6:08 PM | 321.408.0278 | Kissimmee, FL | Cocoa, FL | 2 | – | – | – |
| Mar 9 | 6:55 PM | 407.791.6449 | Kissimmee, FL | Kissimmee, FL | 1 | – | – | – |
| Mar 9 | 6:55 PM | 321.408.0278 | Kissimmee, FL | Cocoa, FL | 1 | – | – | – |



PO BOX 489
NEWARK, NJ 07101-0489

Billing period Apr 9, 2022 - May 8, 2022 | Account # ████0001 | Invoice # 8333782121

KEYLINE

KELLY WALL



$162.26   $162.26

Apr    May

Your May bill total is the same as last month's. You can see a full breakdown of all this month's charges on go.vzw.com/mybill

# Your May bill is $162.26

It's due on May 31, 2022. You have Auto Pay scheduled for May 28, 2022.

### Good to know

Check your online bill for all surcharges, taxes and gov fees

The total amount due for this month includes surcharges of **$5.12** and taxes and gov fees of **$4.64**. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill.

| Account charges | $0.00 |
|---|---|
| Kelly Wall<br>321-408-0278 | $81.13 |
| Kelly Wall<br>321-408-2136 | $81.13 |
| | $162.26 |

### Balance forward from last bill

| Previous balance (through Apr 8) | $162.26 |
|---|---|
| Payment received - Thank you (Apr 28) | -$162.26 |
| **Total balance forward** | $0.00 |

1

Case 8:23-cv-00285-VMC-AEP   Document 1-3   Filed 02/09/23   Page 11 of 17 PageID 39



Billing period Apr 9, 2022 to May 8, 2022 | Account # ▮▮▮▮▮0001 | Invoice # 8333782121

# Kelly Wall
321.408.0278
IPHONE 12

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Apr 9 | 3:40 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 2 | — | — | — |
| Apr 9 | 3:55 PM | 321.408.2136 | Orlando, FL | Incoming, CL | 2 | — | — | — |
| Apr 9 | 10:32 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 22 | — | — | — |
| Apr 10 | 12:40 PM | 850.516.6294 | Palm Bay, FL | Incoming, CL | 2 | — | — | — |
| Apr 10 | 12:42 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 5 | — | — | — |
| Apr 10 | 4:02 PM | 321.677.0531 | Davenport, FL | Incoming, CL | 2 | — | — | — |
| Apr 10 | 7:15 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 2 | — | — | — |
| Apr 10 | 10:27 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 2 | — | — | — |
| Apr 11 | 5:18 PM | 850.516.6294 | Apopka, FL | Pensacola, FL | 2 | — | — | — |
| Apr 12 | 4:54 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 2 | — | — | — |
| Apr 12 | 4:56 PM | 850.516.6294 | Apopka, FL | Pensacola, FL | 6 | — | — | — |
| Apr 12 | 6:52 PM | 850.939.0545 | Orlando, FL | Incoming, CL | 2 | — | — | — |
| Apr 12 | 10:28 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 2 | — | — | — |
| Apr 13 | 11:46 AM | 321.408.2136 | Davenport, FL | Incoming, CL | 2 | — | — | — |
| Apr 13 | 2:40 PM | 850.516.6294 | Haines Cit, FL | Pensacola, FL | 5 | — | — | — |
| Apr 14 | 1:22 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 6 | — | — | — |
| Apr 14 | 1:33 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 3 | — | — | — |
| Apr 14 | 4:47 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 12 | — | — | — |
| Apr 15 | 10:47 AM | 800.446.8848 | Apopka, FL | Toll Free, CL | 3 | — | — | — |
| Apr 15 | 10:56 AM | 800.446.8848 | Apopka, FL | Incoming, CL | 14 | — | — | — |
| Apr 15 | 3:59 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 2 | — | — | — |
| Apr 15 | 4:16 PM | 321.408.2136 | Winter Gar, FL | Incoming, CL | 2 | — | — | — |
| Apr 15 | 6:16 PM | 321.408.2136 | Kissimmee, FL | Incoming, CL | 2 | — | — | — |
| Apr 15 | 8:43 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | — | — | — |
| Apr 16 | 10:20 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| Apr 17 | 7:56 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 3 | — | — | — |
| Apr 18 | 10:35 AM | 251.945.2400 | Palm Bay, FL | Incoming, CL | 6 | — | — | — |
| Apr 18 | 1:48 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 4 | — | — | — |
| Apr 18 | 1:52 PM | 407.847.2212 | Apopka, FL | Kissimmee, FL | 1 | — | — | — |
| Apr 18 | 1:53 PM | 407.896.8097 | Apopka, FL | Orlando, FL | 6 | — | — | — |
| Apr 18 | 2:43 PM | 321.445.1115 | Apopka, FL | Orlando, FL | 3 | — | — | — |
| Apr 18 | 2:54 PM | 407.896.8097 | Apopka, FL | Incoming, CL | 2 | — | — | — |
| Apr 18 | 3:05 PM | 407.896.8097 | Apopka, FL | Orlando, FL | 5 | — | — | — |
| Apr 18 | 3:17 PM | 407.896.8097 | Apopka, FL | Incoming, CL | 1 | — | — | — |
| Apr 18 | 5:46 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 10 | — | — | — |
| Apr 20 | 5:45 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 1 | — | — | — |
| Apr 20 | 6:11 PM | 321.408.2136 | Oakland, FL | Incoming, CL | 2 | — | — | — |
| Apr 20 | 9:36 PM | 850.585.9770 | WiFi CL | Ftwaltnbch, FL | 1 | — | — | — |
| Apr 20 | 9:37 PM | 850.218.1898 | WiFi CL | Ftwaltnbch, FL | 1 | — | — | — |
| Apr 20 | 10:35 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 21 | — | — | — |
| Apr 21 | 10:39 AM | 251.945.2400 | Kissimmee, FL | Robertsdl, AL | 6 | — | — | — |
| Apr 21 | 11:35 AM | 352.394.3040 | Apopka, FL | VM Deposit, CL | 2 | — | — | — |
| Apr 21 | 3:15 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 1 | — | — | — |
| Apr 21 | 3:22 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 3 | — | — | — |

4



Billing period Apr 9, 2022 to May 8, 2022 | Account # ████0001 | Invoice # 8333782121

# Kelly Wall
321.408.0278
IPHONE 12

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Apr 21 | 3:27 PM | 352.394.3040 | Apopka, FL | Incoming, CL | 17 | – | – | – |
| Apr 21 | 10:30 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 30 | – | – | – |
| Apr 22 | 10:35 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 12 | – | – | – |
| Apr 25 | 12:24 PM | 863.420.1724 | WiFi CL | Hainescity, FL | 3 | – | – | – |
| Apr 26 | 1:09 PM | 850.516.6294 | WiFi CL | Pensacola, FL | 4 | – | – | – |
| Apr 26 | 6:46 PM | 850.516.6294 | Kissimmee, FL | Incoming, CL | 1 | – | – | – |
| Apr 27 | 11:34 AM | 321.408.2136 | Davenport, FL | Cocoa, FL | 2 | – | – | – |
| Apr 27 | 4:08 PM | 863.255.6269 | Clermont, FL | Lakeland, FL | 2 | – | – | – |
| Apr 28 | 12:26 PM | 321.624.5258 | Apopka, FL | ST Cloud, FL | 14 | – | – | – |
| Apr 28 | 12:40 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 1 | – | – | – |
| Apr 28 | 1:55 PM | 317.564.6275 | Apopka, FL | Carmel, IN | 2 | Peggy Vancruel | – | – |
| Apr 28 | 4:14 PM | 863.255.6269 | Apopka, FL | Incoming, CL | 1 | – | – | – |
| Apr 28 | 4:22 PM | 863.255.6269 | Apopka, FL | Lakeland, FL | 9 | – | – | – |
| Apr 28 | 4:33 PM | 863.255.6269 | Apopka, FL | Incoming, CL | 15 | – | – | – |
| Apr 28 | 4:59 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 8 | – | – | – |
| Apr 28 | 5:09 PM | 863.255.6269 | Apopka, FL | Incoming, CL | 1 | – | – | – |
| Apr 28 | 6:09 PM | 850.776.3294 | Ocoee, FL | Pensacola, FL | 47 | – | – | – |
| Apr 28 | 7:56 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 2 | – | – | – |
| Apr 29 | 1:07 AM | 321.408.2136 | WiFi CL | Cocoa, FL | 1 | – | – | – |
| Apr 29 | 10:49 AM | 251.945.2400 | Palm Bay, FL | Incoming, CL | 16 | – | – | – |
| Apr 29 | 1:20 PM | 847.370.0161 | Apopka, FL | Northbrook, IL | 19 | – | – | – |
| Apr 29 | 5:39 PM | 850.516.6294 | Apopka, FL | Pensacola, FL | 5 | – | – | – |
| Apr 29 | 5:49 PM | 850.776.3294 | Ocoee, FL | Incoming, CL | 22 | – | – | – |
| Apr 29 | 7:32 PM | 850.776.3294 | Davenport, FL | Pensacola, FL | 1 | – | – | – |
| Apr 29 | 7:39 PM | 850.776.3294 | Davenport, FL | Incoming, CL | 6 | – | – | – |
| Apr 29 | 10:05 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 1 | – | – | – |
| Apr 30 | 10:22 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |
| Apr 30 | 10:23 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 10 | – | – | – |
| May 2 | 12:34 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 3 | – | – | – |
| May 2 | 7:44 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | – | – | – |
| May 3 | 8:04 AM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 4 | – | – | – |
| May 3 | 12:10 PM | 850.776.3294 | Apopka, FL | Incoming, CL | 12 | – | – | – |
| May 3 | 12:26 PM | 850.516.6294 | Apopka, FL | Incoming, CL | 4 | – | – | – |
| May 3 | 4:10 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 1 | – | – | – |
| May 3 | 4:20 PM | 321.408.2136 | Ocoee, FL | Incoming, CL | 4 | – | – | – |
| May 3 | 7:34 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 3 | – | – | – |
| May 4 | 1:16 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |
| May 4 | 5:40 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 2 | – | – | – |
| May 5 | 4:21 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 3 | – | – | – |
| May 5 | 7:23 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |

5

 Billing period Apr 9, 2022 to May 8, 2022 | Account # ███████0001 | Invoice # 8333782121

# Kelly Wall
321.408.0278
IPHONE 12

## Talk activity (cont.)

| Date  | Time    | Number       | Origination    | Destination    | Min. | Airtime Charges | LD/Other Charges | Total |
|-------|---------|--------------|----------------|----------------|------|-----------------|------------------|-------|
| May 5 | 7:26 PM | 321.408.2136 | WiFi CL        | Cocoa, FL      | 6    | —               | —                | —     |
| May 6 | 2:03 PM | 321.408.2136 | Palm Bay, FL   | Incoming, CL   | 3    | —               | —                | —     |
| May 6 | 3:34 PM | 317.564.6275 | WiFi CL        | Carmel, IN     | 2    | —               | —                | —     |
| May 6 | 9:17 PM | 321.408.2136 | Palm Bay, FL   | Incoming, CL   | 2    | —               | —                | —     |
| May 7 | 9:22 PM | 321.408.2136 | Palm Bay, FL   | Incoming, CL   | 1    | —               | —                | —     |
| May 8 | 1:51 PM | 321.408.2136 | WiFi CL        | Cocoa, FL      | 1    | —               | —                | —     |
| May 8 | 1:57 PM | 321.408.2136 | Palm Bay, FL   | Incoming, CL   | 1    | —               | —                | —     |
| May 8 | 6:18 PM | 321.408.2136 | Palm Bay, FL   | Incoming, CL   | 5    | —               | —                | —     |

Handwritten annotation by May 6 3:34 PM row: "Peggy"

# Kelly Wall
321.408.2136
IPHONE 12

## Talk activity

| Date   | Time     | Number       | Origination    | Destination      | Min. | Airtime Charges | LD/Other Charges | Total |
|--------|----------|--------------|----------------|------------------|------|-----------------|------------------|-------|
| Apr 9  | 1:59 PM  | 321.482.8325 | Kissimmee, FL  | Incoming, CL     | 1    | —               | —                | —     |
| Apr 9  | 3:55 PM  | 321.408.0278 | Kissimmee, FL  | Cocoa, FL        | 2    | —               | —                | —     |
| Apr 9  | 4:03 PM  | 407.739.2452 | Kissimmee, FL  | VM Deposit, CL   | 1    | —               | —                | —     |
| Apr 9  | 4:05 PM  | 407.739.2452 | Kissimmee, FL  | Incoming, CL     | 2    | —               | —                | —     |
| Apr 9  | 10:32 PM | 321.408.0278 | Kissimmee, FL  | Cocoa, FL        | 22   | —               | —                | —     |
| Apr 10 | 12:42 PM | 321.408.0278 | Davenport, FL  | Incoming, CL     | 5    | —               | —                | —     |
| Apr 10 | 2:15 PM  | 407.921.5114 | Kissimmee, FL  | Incoming, CL     | 1    | —               | —                | —     |
| Apr 10 | 2:52 PM  | 407.791.6449 | Kissimmee, FL  | Incoming, CL     | 1    | —               | —                | —     |
| Apr 10 | 7:15 PM  | 321.408.0278 | Kissimmee, FL  | Cocoa, FL        | 2    | —               | —                | —     |
| Apr 10 | 10:27 PM | 321.408.0278 | Kissimmee, FL  | Cocoa, FL        | 2    | —               | —                | —     |
| Apr 11 | 8:17 PM  | 407.832.0179 | Davenport, FL  | Incoming, CL     | 2    | —               | —                | —     |
| Apr 12 | 12:46 PM | 407.489.7270 | Kissimmee, FL  | Orlando, FL      | 1    | —               | —                | —     |
| Apr 12 | 12:47 PM | 407.832.0179 | Kissimmee, FL  | Orlando, FL      | 1    | —               | —                | —     |
| Apr 12 | 12:47 PM | 407.489.7270 | Kissimmee, FL  | Incoming, CL     | 3    | —               | —                | —     |
| Apr 12 | 1:34 PM  | 407.832.0179 | Kissimmee, FL  | Incoming, CL     | 3    | —               | —                | —     |
| Apr 12 | 2:47 PM  | 407.921.5114 | Kissimmee, FL  | Winterpark, FL   | 1    | —               | —                | —     |
| Apr 12 | 4:54 PM  | 321.408.0278 | Kissimmee, FL  | Incoming, CL     | 2    | —               | —                | —     |
| Apr 12 | 8:10 PM  | 407.832.0179 | Kissimmee, FL  | Orlando, FL      | 2    | —               | —                | —     |
| Apr 12 | 8:13 PM  | 407.832.0179 | Kissimmee, FL  | Orlando, FL      | 1    | —               | —                | —     |



**verizon**
PO BOX 489
NEWARK, NJ 07101-0489

Billing period May 9, 2022 - Jun 8, 2022 | Account # ████0001 | Invoice # 8347490857

KEYLINE
||..||.|.|..|||..|.|.|.|..|..|.|.|..||..||

KELLY WALL



May — $162.26
Jun — $162.26

# Your June bill is $162.26

It's due on Jun 30, 2022. You have Auto Pay scheduled for Jun 28, 2022.

Your June bill total is the same as last month's. You can see a full breakdown of all this month's charges on go.vzw.com/mybill.

### Good to know

Check your online bill for all surcharges, taxes and gov fees

The total amount due for this month includes surcharges of $5.12 and taxes and gov fees of $4.64. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill.

| | |
|---|---|
| Account charges | $0.00 |
| Kelly Wall<br>321-408-0278 | $81.13 |
| Kelly Wall<br>321-408-2136 | $81.13 |
| | $162.26 |

### Balance forward from last bill

| | |
|---|---|
| Previous balance (through May 8) | $162.26 |
| Payment received - Thank you (May 31) | -$162.26 |
| **Total balance forward** | **$0.00** |

1

 Billing period May 9, 2022 to Jun 8, 2022 | Account # ███████0001 | Invoice # 8347490857

# Kelly Wall
321.408.0278
IPHONE 12

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| May 9 | 2:05 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 2 | – | – | – |
| May 9 | 2:09 PM | 850.939.0545 | Winter Gar, FL | Holleynvrr, FL | 7 | – | – | – |
| May 9 | 4:16 PM | 321.408.2136 | Live Oak, FL | Cocoa, FL | 3 | – | – | – |
| May 9 | 5:11 PM | 317.564.6275 | Marianna, FL | Carmel, IN | 1 | Peggy Vorconcert | – | – |
| May 9 | 5:34 PM | 321.408.2136 | Quincy, FL | Incoming, CL | 1 | – | – | – |
| May 9 | 5:58 PM | 321.408.2136 | Ponce DE L, FL | Incoming, CL | 2 | – | – | – |
| May 9 | 6:44 PM | 850.516.6260 | Eglin Afb, FL | Incoming, CL | 32 | – | – | – |
| May 9 | 7:19 PM | 850.585.9770 | Navarre, FL | Incoming, CL | 1 | – | – | – |
| May 9 | 7:42 PM | 321.408.2136 | Navarre, FL | Cocoa, FL | 3 | – | – | – |
| May 9 | 8:00 PM | 850.776.3294 | Navarre, FL | Pensacola, FL | 2 | – | – | – |
| May 10 | 12:37 PM | 321.408.2136 | Pensacola, FL | Cocoa, FL | 3 | – | – | – |
| May 10 | 12:49 PM | 850.776.3294 | Robertsdal, AL | Incoming, CL | 1 | – | – | – |
| May 10 | 1:28 PM | 850.776.3294 | Robertsdal, AL | Pensacola, FL | 1 | – | – | – |
| May 10 | 3:52 PM | 850.516.6294 | Robertsdal, AL | Pensacola, FL | 7 | – | – | – |
| May 10 | 4:00 PM | 850.776.3294 | Robertsdal, AL | Incoming, CL | 4 | – | – | – |
| May 10 | 6:21 PM | 850.939.0545 | Gulf Breez, FL | Holleynvrr, FL | 1 | – | – | – |
| May 10 | 6:23 PM | 321.408.2136 | Gulf Breez, FL | Cocoa, FL | 20 | – | – | – |
| May 11 | 9:33 AM | 321.408.2136 | Live Oak, FL | Incoming, CL | 11 | – | – | – |
| May 11 | 9:49 AM | 863.255.6269 | Lake City, FL | Incoming, CL | 18 | – | – | – |
| May 11 | 10:20 AM | 251.947.8341 | Gainesvill, FL | Robertsdl, AL | 7 | – | – | – |
| May 11 | 10:29 AM | 850.776.3294 | Micanopy, FL | Pensacola, FL | 9 | – | – | – |
| May 11 | 10:48 AM | 251.986.5551 | Ocala, FL | Elberta, AL | 2 | – | – | – |
| May 11 | 10:50 AM | 850.516.6294 | Ocala, FL | Pensacola, FL | 12 | – | – | – |
| May 11 | 11:51 AM | 407.686.1638 | Kissimmee, FL | Incoming, CL | 1 | – | – | – |
| May 11 | 12:25 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |
| May 11 | 12:42 PM | 850.585.9770 | WiFi CL | Ftwaltnbch, FL | 1 | – | – | – |
| May 11 | 1:01 PM | 850.776.3294 | Palm Bay, FL | Incoming, CL | 9 | – | – | – |
| May 11 | 2:57 PM | 850.516.6294 | WiFi CL | Pensacola, FL | 1 | – | – | – |
| May 11 | 3:03 PM | 850.939.0545 | WiFi CL | Holleynvrr, FL | 1 | – | – | – |
| May 11 | 4:16 PM | 850.516.6294 | Palm Bay, FL | Incoming, CL | 1 | – | – | – |
| May 11 | 7:21 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 6 | – | – | – |
| May 11 | 7:27 PM | 850.516.6294 | WiFi CL | Pensacola, FL | 13 | – | – | – |
| May 11 | 8:52 PM | 251.986.5551 | Palm Bay, FL | Incoming, CL | 55 | – | – | – |
| May 11 | 10:36 PM | 850.516.6294 | WiFi CL | Pensacola, FL | 21 | – | – | – |
| May 12 | 8:24 AM | 850.516.6294 | WiFi CL | Pensacola, FL | 22 | – | – | – |
| May 12 | 9:02 AM | 850.516.6294 | Palm Bay, FL | Incoming, CL | 4 | – | – | – |
| May 12 | 9:20 AM | 850.516.6294 | Palm Bay, FL | Incoming, CL | 14 | – | – | – |
| May 12 | 10:39 AM | 863.255.6269 | Apopka, FL | Incoming, CL | 7 | – | – | – |
| May 12 | 4:04 PM | 931.337.5534 | Apopka, FL | Incoming, CL | 1 | – | – | – |
| May 12 | 4:16 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 4 | – | – | – |
| May 12 | 5:15 PM | 850.516.6294 | Kissimmee, FL | Pensacola, FL | 4 | – | – | – |
| May 12 | 7:23 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 8 | – | – | – |
| May 13 | 4:18 PM | 321.408.2136 | Apopka, FL | Incoming, CL | 5 | – | – | – |
| May 13 | 8:31 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | – | – | – |

 Billing period May 9, 2022 to Jun 8, 2022 | Account # ███████0001 | Invoice # 8347490857

# Kelly Wall
321.408.0278
IPHONE 12

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| May 13 | 8:33 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 2 | — | — | — |
| May 14 | 10:42 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 10 | — | — | — |
| May 15 | 7:48 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 6 | — | — | — |
| May 16 | 5:54 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 4 | — | — | — |
| May 16 | 10:09 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 1 | — | — | — |
| May 17 | 8:13 AM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 5 | — | — | — |
| May 17 | 12:17 PM | 315.207.9076 | Apopka, FL | Incoming, CL | 1 | — | — | — |
| May 17 | 12:19 PM | 352.359.6439 | Apopka, FL | Gainesvl, FL | 2 | — | — | — |
| May 17 | 3:35 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 1 | — | — | — |
| May 17 | 3:43 PM | 321.408.2136 | Winter Gar, FL | Incoming, CL | 3 | — | — | — |
| May 17 | 7:21 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 6 | — | — | — |
| May 18 | 10:12 AM | 407.802.4476 | Davenport, FL | Orlando, FL | 6 | — | — | — |
| May 18 | 4:13 PM | 321.401.4752 | Davenport, FL | Wkissimmee, FL | 3 | — | — | — |
| May 18 | 4:24 PM | 407.932.4432 | Kissimmee, FL | Kissimmee, FL | 4 | — | — | — |
| May 18 | 4:28 PM | 850.516.6294 | Kissimmee, FL | Pensacola, FL | 1 | — | — | — |
| May 18 | 4:34 PM | 850.516.6294 | Kissimmee, FL | Incoming, CL | 1 | — | — | — |
| May 18 | 6:33 PM | 407.566.8898 | Davenport, FL | Celebratn, FL | 2 | — | — | — |
| May 18 | 6:56 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| May 19 | 9:44 AM | 315.207.9076 | Apopka, FL | Incoming, CL | 14 | — | — | — |
| May 19 | 2:08 PM | 407.932.4432 | Apopka, FL | Kissimmee, FL | 2 | — | — | — |
| May 19 | 4:32 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 1 | — | — | — |
| May 19 | 5:01 PM | 321.408.2136 | Kissimmee, FL | Incoming, CL | 4 | — | — | — |
| May 19 | 7:34 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 3 | — | — | — |
| May 19 | 8:02 PM | 850.776.3294 | Palm Bay, FL | Incoming, CL | 17 | — | — | — |
| May 21 | 10:40 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 14 | — | — | — |
| May 22 | 7:35 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 11 | — | — | — |
| May 24 | 9:27 AM | 605.781.0278 | Davenport, FL | Kyle, SD | 1 | — | — | — |
| May 24 | 9:42 AM | 407.932.4432 | Kissimmee, FL | Incoming, CL | 2 | — | — | — |
| May 25 | 7:38 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | — | — | — |
| May 26 | 9:06 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| May 27 | 4:48 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 6 | — | — | — |
| May 27 | 5:12 PM | 321.408.2136 | Clermont, FL | Incoming, CL | 2 | — | — | — |
| May 29 | 12:00 PM | 321.408.2136 | Kissimmee, FL | Cocoa, FL | 1 | — | — | — |
| May 29 | 10:32 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | — | — | — |
| May 30 | 11:16 AM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| May 31 | 12:54 PM | 407.566.8505 | Apopka, FL | Celebratn, FL | 4 | — | — | — |
| May 31 | 5:25 PM | 321.408.2136 | Kissimmee, FL | Cocoa, FL | 2 | — | — | — |
| May 31 | 7:25 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 6 | — | — | — |
| Jun 1 | 7:44 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 15 | — | — | — |
| Jun 2 | 8:02 AM | 321.408.2136 | Kissimmee, FL | Cocoa, FL | 3 | — | — | — |

 Billing period May 9, 2022 to Jun 8, 2022 | Account # ███████0001 | Invoice # 8347490857

# Kelly Wall
321.408.0278
IPHONE 12

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jun 2 | 9:38 AM | 321.408.2136 | Apopka, FL | Incoming, CL | 9 | — | — | — |
| Jun 2 | 5:51 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| Jun 2 | 7:21 PM | 315.207.9076 | Palm Bay, FL | Incoming, CL | 1 | — | — | — |
| Jun 3 | 4:35 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 1 | — | — | — |
| Jun 4 | 12:14 PM | 321.408.2136 | WiFi CL | Cocoa, FL | 1 | — | — | — |
| Jun 4 | 7:16 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 2 | — | — | — |
| Jun 4 | 10:39 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 20 | — | — | — |
| Jun 5 | 1:48 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 3 | — | — | — |
| Jun 5 | 7:44 PM | 321.408.2136 | Palm Bay, FL | Incoming, CL | 3 | — | — | — |
| Jun 6 | 10:54 AM | 321.408.2136 | Apopka, FL | Incoming, CL | 2 | — | — | — |
| Jun 6 | 5:47 PM | 321.408.2136 | Winter Gar, FL | Cocoa, FL | 4 | — | — | — |
| Jun 7 | 5:09 PM | 321.408.2136 | Apopka, FL | Cocoa, FL | 2 | — | — | — |
| Jun 8 | 8:42 AM | 321.408.2136 | WiFi CL | Cocoa, FL | 1 | — | — | — |
| Jun 8 | 4:54 PM | 321.408.2136 | Clermont, FL | Incoming, CL | 10 | — | — | — |
| Jun 8 | 7:07 PM | 321.408.2136 | Davenport, FL | Incoming, CL | 9 | — | — | — |

# Kelly Wall
321.408.2136
IPHONE 12

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| May 9 | 12:40 PM | 973.333.7075 | Davenport, FL | Incoming, CL | 2 | — | — | — |
| May 9 | 2:05 PM | 321.408.0278 | Davenport, FL | Incoming, CL | 2 | — | — | — |
| May 9 | 2:07 PM | 973.333.7075 | Davenport, FL | Paterson, NJ | 2 | — | — | — |
| May 9 | 3:16 PM | 863.399.6860 | Davenport, FL | Incoming, CL | 1 | — | — | — |
| May 9 | 3:17 PM | 630.864.0062 | Davenport, FL | Incoming, CL | 20 | — | — | — |
| May 9 | 4:16 PM | 321.408.0278 | Davenport, FL | Incoming, CL | 3 | — | — | — |
| May 9 | 4:22 PM | 407.963.4029 | Davenport, FL | Incoming, CL | 1 | — | — | — |
| May 9 | 5:34 PM | 321.408.0278 | Davenport, FL | Cocoa, FL | 1 | — | — | — |
| May 9 | 6:49 PM | 321.472.9844 | Celebratio, FL | Incoming, CL | 1 | — | — | — |
| May 9 | 6:58 PM | 321.408.0278 | Celebratio, FL | Cocoa, FL | 2 | — | — | — |
| May 9 | 7:05 PM | 321.871.3900 | Kissimmee, FL | Incoming, CL | 1 | — | — | — |
| May 9 | 8:42 PM | 321.408.0278 | Davenport, FL | Incoming, CL | 3 | — | — | — |