# EXHIBIT D

Credit Collection Services
P.O. Box 337
Norwood, MA 02062-0337
(617) 581-1083 from 8am to 8pm EST, Monday to Friday
www.ccspayment.com

01/22/23

To: KELLY AGER



Reference:



**Credit Collection Services is a debt collector.** We are trying to collect a debt that you owe to QUEST DIAGNOSTICS. We will use any information you give us to help collect the debt.

## Our Information Shows:

You had an account with QUEST DIAGNOSTICS with account number

| | | |
|---|---|---|
| As of July 1, 2021, you owed: | $ | 2,511.95 |
| Between July 1, 2021 and today: | | |
| You were charged this amount in interest: | + $ | 0.00 |
| You were charged this amount in fees: | + $ | 0.00 |
| You paid or were credited this amount toward the debt: | − $ | 2,121.45 |
| **Total amount of debt now:** | **$** | **390.50** |

## How can you dispute the debt?

- **Call or write to us by March 1, 2023**, to dispute all or part of the debt. If you do not, we will assume that our information is correct.
- **If you write to us by March 1, 2023**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.ccspayment.com.

## What else can you do?

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by March 1, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.ccspayment.com.
- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

010105.wfd   0121   420198   00001584   1 of 2

---

P.O. Box 337
Norwood, MA 02062-0337



KELLY AGER

## How do you want to respond?

*Check all that apply*

☐ I want to dispute the debt because I think:
  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).

☐ I want you to send me the name and address of the original creditor.

☐ I enclosed this amount: $ _____

Make your check payable to *QUEST DIAGNOSTICS*.
Include the reference number

**Mail this form to:**
Credit Collection Services
P.O. Box 337
Norwood, MA 02062-0337